674 A.2d 231

**Rodrique C. JONES, Appellant,**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

**No. 18 Middle District Appeal Docket 1996.**

Supreme Court of Pennsylvania.

April 3, 1996.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of April, 1996, as a direct appeal, the matter is quashed; the action is treated as a petition for allowance of appeal and denied.